IN RE TAXES, AIEA DAIRY, LTD.

No. 4098.

MARCH 27, 1963.

TSUKIYAMA, C.J., CASSIDY, WIRTZ, JJ., CIRCUIT JUDGE
TASHIRO, IN PLACE OF LEWIS, J., DISQUALIFIED,
AND CIRCUIT JUDGE KITAOKA, IN PLACE OF
MIZUHA, J., DISQUALIFIED.

*Per Curiam.* Since everything presented under the petition for rehearing, filed herein, was heretofore considered by the court in reaching its decision of February 25, 1963, and nothing new is before the court, the petition is denied without argument.

*Bert T. Kobayashi*, Attorney General, and *Carlos Ramelb*, Deputy Attorney General, for the petition.